FILED
May 5, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | Case No. 2:14MJ00099-CKD-1 |
| Plaintiff,        ) | |
| v.                                                    ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CAMERON LOVELL,                           ) | |
| ) | |
| Defendant.        ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   CAMERON LOVELL  , Case No. 2:14MJ00099-CKD-1  , Charge   18USC § 2422(b)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

✔   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

The defendant shall be released May 6, 2014 @ 10:00 a.m. to Pretrial Services.

Issued at  Sacramento, CA  on  May 5, 2014  at  2:44 pm  .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court